UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PRIME TANNING CO., INC. and           )
PRIME TANNING CORP.,                  )
                                      )
          Plaintiffs                  )          Civil No. 1:09-cv-359-JAW
                                      )
v.                                    )
                                      )
LIBERTY MUTUAL INSURANCE              )
COMPANY,                              )
                                      )
          Defendant                   )

## AFFIDAVIT OF DAVID ROSENBLATT

1.      I am an attorney licensed to practice law in the Commonwealth of

Massachusetts and a member of the firm Burns & Levinson with offices in Boston,

Massachusetts.  For many years Burns & Levinson provided legal representation to Prime

Tanning Co., Inc. and its related companies.

2.      I personally was involved in representation of Prime Tanning Co., Inc. and

its related companies in connection with several waste disposal site cases in the 1980s,

including the Union Chemical site in Maine, the Re-Solve, Inc. site in Massachusetts, and

the Wheeling disposal site in Missouri.  This representation included communications

with Liberty Mutual, insurer of Prime Tanning Co., Inc. and related companies such as

The Bluesides Co., Inc.

3.      Attached hereto as Exhibit A is an accurate copy of the letter dated

September 9, 1987 from Liberty Mutual to Steven Goldberg of Prime Tanning Co., Inc.

with a copy to me, setting forth Liberty Mutual's coverage position in connection with claims arising out of the Union Chemical site in Maine.

4.      Attached to this affidavit as Exhibit B is an accurate copy of the letter dated March 31, 1988 from Liberty Mutual addressed to my attention setting forth Liberty Mutual's coverage position with respect to claims arising out of the Re-Solve, Inc. disposal site in Massachusetts.

5.      Attached to this affidavit as Exhibit C is an accurate copy of the letter dated March 23, 1988 from Liberty Mutual to Steven Goldberg at Prime Tanning Co., Inc. with a copy to me setting forth Liberty Mutual's coverage position with respect to claims arising out of the Wheeling disposal site in Andrew County, Missouri.

Dated: __3/11/10__                                              _David P. Rosenblatt_
                                                               David P. Rosenblatt, Esq.


COMMONWEALTH OF MASSACHUSETTS
__Suffolk__, SS.

        Personally appeared before me the above-named David P. Rosenblatt, made known to me, and made oath that the foregoing affidavit by himself subscribed is true and correct based on his own personal knowledge.


Dated: __3/11/2010__                                    _Roberta A. Sweeney_
                                                         Notary Public



2