UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PRIME TANNING CO., INC. and
PRIME TANNING CORP.,                )
                                    )
            Plaintiffs,             )
v.                                  )      Civil No. 1:09-cv-359-JAW
                                    )
LIBERTY MUTUAL INSURANCE            )
COMPANY,                            )
                                    )
                                    )
            Defendant.              )


J U D G M E N T

   Pursuant to the Order on Motions for Summary Judgment entered by the Court on November 10, 2010;

   JUDGMENT is hereby entered for the Defendant Liberty Mutual Insurance Company as against the Plaintiff Prime Tanning Co., Inc. and Prime Tanning Corp.

                                   LINDA L. JACOBSON, CLERK


                                   /s/Julie G. Walentine
                                   Deputy Clerk

Dated this 10th day of November, 2010.