# United States Court of Appeals
## For the First Circuit

No. 10-2427

PRIME TANNING CO., INC.; PRIME TANNING CORP.

Plaintiffs - Appellants

v.

LIBERTY MUTUAL INSURANCE COMPANY

Defendant - Appellee

**JUDGMENT**

Entered: October 12, 2011

Upon consideration of the parties' stipulated motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
/s/ Margaret Carter, Clerk

cc:
James D. Poliquin
John C. Sullivan
Michael Richards
Stacey Zavalas Jumper